IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Demetrius Moody, *On behalf of himself and those similarly situated*, Plaintiff, v. Team Washington, Inc.; Mary Lynne Carraway; John Doe 1-10; Doe Corporation 1-10 Defendants. | Case No. Judge Magistrate Judge |

## MOTION FOR LAURA FARMWALD TO APPEAR PRO HAC VICE

Pursuant to Local Rule 83.2(d), Plaintiff hereby moves for an order permitting Laura Farmwald to appear in this matter pro hac vice on behalf of Plaintiff and the putative FLSA collective class and Rule 23 class. The undersigned is a member of good standing of the bar of this Court and sponsors this application. Mrs. Farmwald's declaration in support of this motion is attached hereto.

Respectfully Submitted,

*/s/ Michael Eisenberg*
Law Office of Michael D. J. Eisenberg
Michael Eisenberg (DC Bar No.486251)
700 12th Street, NW, Suite 700
Washington, DC 20005
Telephone: 202-558-6371
Michael@Eisenberg-Lawoffice.com