IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEMETRIUS MOODY**,<br><br>*On behalf of himself and those similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**TEAM WASHINGTON, INC.; MARY LYNNE CARRAWAY; JOHN DOE 1-10; DOE CORPORATION 1-10,**<br><br>Defendants. | Case No.: 1:22-cv-01546 |

**DEFENDANTS' MOTION TO COMPEL**
**ARBITRATION AND DISMISS OR STAY PROCEEDINGS**

Defendants Team Washington, Inc. and Mary Lynne Carraway, by and through their undersigned counsel, hereby move the Court pursuant to Rule 12(b)(1), (3), and/or (6) of the Federal Rules of Civil Procedure and the Federal Arbitration Act, 9 U.S.C. §§ 1 *et seq.* ("FAA"), to dismiss Plaintiff Demetrius Moody's Class and Collective Action Complaint or, in the alternative, to stay proceedings, and to compel arbitration on an individual basis pursuant to the terms of a mutual arbitration agreement between the parties.

DATED: August 12, 2022

Respectfully submitted,

*/s/ Daniel E. Farrington*
Daniel E. Farrington (#471403)
Fisher & Phillips LLP
7501 Wisconsin Avenue, Suite 1220W
Bethesda, MD 20814
Tel. (301) 951-1538
Fax (301) 880-5031
dfarrington@fisherphillips.com

*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEMETRIUS MOODY**,<br><br>*On behalf of himself and those similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**TEAM WASHINGTON, INC.; MARY LYNNE CARRAWAY; JOHN DOE 1-10; DOE CORPORATION 1-10,**<br><br>Defendants. | Case No.: 1:22-cv-01546 |

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notice to all counsel of record.

DATED: August 12, 2022

Respectfully submitted,

*/s/ Daniel E. Farrington*
Daniel E. Farrington

2

FP 44884424.1