IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEMETRIUS MOODY**,<br><br>*On behalf of himself and those similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**TEAM WASHINGTON, INC.; MARY LYNNE CARRAWAY; JOHN DOE 1-10; DOE CORPORATION 1-10,**<br><br>Defendants. | Case No.: 1:22-cv-01546 |

**MOTION FOR *PRO HAC VICE* ADMISSION**

The undersigned, counsel for Team Washington, Inc., and Mary Lynne Carraway, respectfully moves this Court pursuant to Rule 83.2(c) of the Rules of the United States District Court for the District of Columbia for an order permitting Matthew R. Korn to appear as counsel for the Defendants and practice in the Court *pro hac vice* in the above captioned matter. In support of this motion, the undersigned asserts the following:

1. I am a member in good standing of the bar of this Court.

2. I have attached a declaration from Mr. Korn. See Exhibit A.

3. I certify that I know (or after reasonable inquiry believe) that Mr. Korn is a member in good standing of the state and federal courts referenced in his declaration and that the applicant's private and personal character is good.

Wherefore, the undersigned respectfully requests that the Court grant Mr. Korn leave to appear *pro hac vice* on behalf of the Defendant Team Washington, Inc., and Mary Lynne Carraway in this action.

2

Dated: September 1, 2022                                    Respectfully submitted,

*/s/ Daniel E. Farrington*
Daniel E. Farrington (#471403)
Fisher & Phillips LLP
7501 Wisconsin Avenue, Suite 1220W
Bethesda, MD 20814
Tel. (301) 951-1538
Fax (301) 880-5031
dfarrington@fisherphillips.com

*Attorneys for Defendant Team Washington, Inc., and Mary Lynne Carraway*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEMETRIUS MOODY**,<br><br>*On behalf of himself and those similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**TEAM WASHINGTON, INC.; MARY LYNNE CARRAWAY; JOHN DOE 1-10; DOE CORPORATION 1-10,**<br><br>Defendants. | Case No.: 1:22-cv-01546 |

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on this 1st day of September, 2022, he caused a true and correct copy of the foregoing Motion for *Pro Hac Vice* Admission to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to any attorneys of record:

*Attorneys for Plaintiff*

/s/ Daniel E. Farrington
Daniel E. Farrington (#471403)

3