AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Demetrius Moody ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:22-cv-01546-RCL |
| Team Washington, Inc., et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Team Washington, Inc., and Mary Lynne Carraway.

Date: 09/12/2022

s/ Matthew R. Korn
*Attorney's signature*

Matthew R. Korn (SC Bar 100663)
*Printed name and bar number*
Fisher & Phillips LLP
1320 Main Street, Suite 750
Columbia, SC 29201

*Address*

mkorn@fisherphillips.com
*E-mail address*

(803) 255-0000
*Telephone number*

(803) 255-0202
*FAX number*